IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ANGEL RAMIREZ-RODRIGUEZ<br>Defendant | CRIMINAL 13-0414CCC |

## ORDER

Having considered the Report and Recommendation filed on July 24, 2013 (**docket entry 8**) on a Rule 11 proceeding of defendant Angel Ramírez-Rodríguez held before U.S. Magistrate Judge Bruce J. McGiverin on July 18, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 18, 2013.  The **sentencing hearing is set for October 24, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 14, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge